**No. 41385.**—Protests 966161–G, etc., of Eimer & Amend et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 23, 1939

**No. 41386.**—Protest 949599-G of Rohner, Gehrig & Co. (New York).

Opinion by CLINE, J. On the record presented the protest was overruled.

**No. 41387.**—Protest 941305–G/87631 of Boston Store of Chicago, Inc. (Chicago).

Opinion by CLINE, J. There was no evidence in the record to show that these figures, which have small electric-light bulbs attached, are works of art or sculptures as that term has been defined in *United States* v. *Olivotti* (7 Ct. Cust. Appls. 46, T. D. 36309) and an inspection of the pictures did not reveal that the articles are works of art, *Hart* v. *United States* (T. D. 46748) cited. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, MAY 24, 1939

**No. 41388.**—Protest 941628–G of B. R. Anderson & Co. (Seattle).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel toilet preparations containing alcohol were held dutiable at 40 cents per pound and 37½ percent ad valorem and non-alcoholic preparations at only 37½ percent under paragraph 61 and T. D. 48316 as claimed.

**No. 41389.**—Protests 867453–G, etc., of F. L. Kraemer & Co. (New York).

Opinion by McCLELLAND, P. J. It appeared that the merchandise consisted of little pieces of fur which the manufacturers of garments made of fur sliced off to even up the skins. It having been established that the merchandise is not suitable or adapted to use for the purposes for which dressed fur skins are usually used, and that it consists merely of waste fit only for remanufacture into hatters' fur, the claim as waste at 10 percent under paragraph 1555 was sustained.